479 A.2d 1113

Lutz v. Lutz, Appellant.

Argued March 27, 1984. Louis S. Rulli, for appellant; Albert J. Cunningham, for appellee.

Before BROSKY, WIEAND and McEWEN, JJ.

Appeal dismissed.

479 A.2d 1114

McGee v. McGee, Appellants.

Submitted February 27, 1984. Nicholas F. Lorenzo, Jr., for appellants; J. Richard Ifert, for appellee.

Before CAVANAUGH, WICKERSHAM and HOFFMAN, JJ.

Affirmed.